IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Phan, Patrick Vong | Case Number: 06 B 03017 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/20/07 | Filed: 3/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  September 25, 2007
Confirmed: May 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,310.33 |  |
| Secured: |  | 9,450.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 607.27 |
| Other Funds: |  | 3,253.06 |
| Totals: | 15,310.33 | 15,310.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Honda Finance Services | Secured | 17,732.62 | 9,450.00 |
| 3. | Motorola Credit Union | Unsecured | 1,644.64 | 0.00 |
| 4. | State Farm Bank | Unsecured | 2,458.54 | 0.00 |
| 5. | Capital One | Unsecured | 3,436.77 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 2,338.04 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 301.50 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3,280.72 | 0.00 |
| 9. | American Express Centurion | Unsecured | 5,126.35 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 756.23 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 175.26 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 736.76 | 0.00 |
| 13. | Saint Joseph Hospital | Unsecured |  | No Claim Filed |
| 14. | MECU | Unsecured |  | No Claim Filed |
| 15. | Universal City | Unsecured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | Saint Joseph Hospital | Unsecured |  | No Claim Filed |
| 18. | Saint Joseph Hospital | Unsecured |  | No Claim Filed |
| 19. | Pathology CHP S C | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,987.43 | $ 11,450.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 213.47 |
| 4.8% | 213.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Phan, Patrick Vong

Printed: 11/20/07

Case Number:  06 B 03017
Judge:  Goldgar, A. Benjamin
Filed:  3/23/06

                           5.4%                      179.82
                                                    _____
                                                    $ 607.27

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _____
                Denise Ashley